Potter *against* Luther.

Potter
v.
Luther.

ON *certiorari.* The plaintiff below brought an action of trespass *de bonis asportatis.* The defendant pleaded, that, as one of the deputy sheriffs of *Washington* county, he took the goods by virtue of a *fieri facias* issued out of the court of common pleas, and offered witnesses to prove, by reputation, that he was a general deputy of the sheriff ; but the justice overruled the evidence, and required that the defendant should produce and prove his appointment by the sheriff.

In the case of a public officer, as a sheriff, deputy sheriff, justice of the peace, constable, &c. it is sufficient to prove that he acted as a public officer, without producing his appointment.

*Crary,* for the plaintiff in error.

*Foot,* contra.

*Per Curiam.* It is a general rule to admit proof by reputation, that a person acts as a general public officer or deputy. In *Berryman* v. *Wise,* (4 *Term,* 366.) the court of *K. B.* in *England,* decided, that in the case of all peace officers, justices of the peace, constables, &c. it was sufficient to prove that they acted in those characters, without producing their appointments, and that even in a case of murder.

Judgment reversed.